UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22565-CIV-MORENO

RONALD A. WILLIAMS,

    Plaintiff,

vs.

DET. DANIEL SANTANA, *et al*.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 81)** on **May 23, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the parties' objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 81)** on **May 23, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The Plaintiff's Objections to the Report of the Magistrate Judge **(D.E. No. 89)** filed on **June 27, 2008** are **OVERRULED**;

(2)    The Defendants' Objections to the Report of the Magistrate Judge **(D.E. No. 87)** filed on **June 24, 2008** are **OVERRULED**;

(3)    The Motion to Strike **(D.E. No. 73)** is **DENIED**;

(4)    The Operative Complaint shall be the "Second" Third Amended Complaint **(D.E. No. 68)**;

(5)    Counts One, Four and Six of the "Second" Third Amended Complaint are **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted;

(6)    Counts Two and Three (violations of Fourth Amendment), Count Five (pendent state law claim), and Count Seven (violation of Fourteenth Amendment) shall proceed;

(7)    Count Eight shall proceed only insofar as it raises a claim of failure to properly train and supervise against Director Parker;

(8)    The "Second" Third Amended Complaint shall proceed only against Miami-Dade Detective Daniel Santana (Badge No. 4722), Miami-Dade Detective Adrian Barazal (Badge No. 4555), Miami-Dade Officer Benjamin Furer (Badge No. 5368), Miami-Dade Sergeant Jay Gore (Badge No. 2600) and Miami-Dade Chief of Police Robert Parker in their individual capacities; and

(9)    The defendants Miami-Dade Sergeant Antonio G. Brocklen (Badge No. 3442), Miami-Dade Major Ricky Smith, and Miami-Dade County are **DISMISSED** as defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Ronald A. Williams
DC #M33810
Dade Correctional Institution
1900 S.W. 377th Street
Suite 300
Florida City, FL 33034

United States Magistrate Judge Patrick A. White

Counsel of Record