UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 06-22565-CIV-MORENO**

RONALD A. WILLIAMS,

    Plaintiff,

vs.

DET. DANIEL SANTANA, *et al*.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS

THE CASE was referred to the Honorable Patrick A. White, United States Magistrate Judge on **(D.E. No. 2)**, filed on **October 18, 2006**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 104)** on **September 8, 2008**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 104)** on **September 8, 2008** is **AFFIRMED** and **ADOPTED**. Accordingly, it is also

**ADJUDGED** that

1. Defendant Parker's Motion to Dismiss the "Second" Third Amended Complaint **(D.E. 99)** is hereby DENIED; and

2. Defendants Furer and Gore's Motion to Dismiss the "Second" Third Amended Complaint **(D.E. 100)** is hereby DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of December, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record