UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22565-CIV-MORENO
MAGISTRATE JUDGE P.A. WHITE

RONALD A. WILLIAMS,                    :

      Plaintiff,                       :

v.                                     :

DET. DANIEL SANTANA, ET AL.,   :               REPORT OF
                                               MAGISTRATE JUDGE
      Defendants.                      :
_____

      This Cause is before the before the Court upon the defendants'
Motion to Stay all Proceedings Pending Appeal. [DE# 118].

      The defendant Parker has filed a notice of appeal of the Order
denying his Motion to Dismiss. [DE# 117].

      The notice of appeal divests this Court of jurisdiction over
Director Parker.  Moreover, the issue on appeal directly relates to
the plaintiff's claims against the defendant police officers.  The
Undersigned finds that in the interest of conserving the parties'
and judicial resources, a stay is appropriate.

      It is therefore recommended that the Motion to Stay all
Proceedings Pending Appeal [DE# 118] be granted.

      Objections to this report may be filed with the District Judge
within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 16 th day of
January, 2009.

UNITED STATES MAGISTRATE JUDGE

cc:   Ronald A. Williams, Pro Se
      DC No. M33810
      Dade Correctional Institution
      19000 S.W. 377th Street
      Florida City, FL 33034-6499

      Eric Alberto Rodriguez, Esq.
      Assistant Miami-Dade County Attorney
      Stephen P. Clark Center
      Suite 2810
      111 N.W. 1st Street
      Miami, FL 33128-1993