UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22565-CIV-MORENO

RONALD A. WILLIAMS,

    Plaintiff,

vs.

DET. DANIEL SANTANA, *et al.*,

    Defendant.
_____/

**ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND
PLACING MATTER IN A CIVIL SUSPENSE FILE**

THIS CAUSE came before the Court upon the Defendant's Motion to Stay All Proceedings Pending Appeal with Supporting Memorandum of Law **(D.E. No. 118)**, filed on **January 9, 2009** and the Report of Magistrate Judge **(D.E. 120)** filed on **January 16, 2009**.

Miami Dade Police Department Director Robert Parker has filed a notice of appeal relating to this Court's *Order Adopting Magistrate's Report and Recommendation and Denying Motion to Dismiss* **(D.E. 113)**. Accordingly, it is

**ADJUDGED** that:

(1)     The Report of Magistrate Judge is AFFIRMED and ADOPTED.

(2)     The Clerk of this Court shall mark this cause as closed for statistical purposes and place the matter in a civil suspense file.

(3)     The Court shall retain jurisdiction and the case shall be restored to the active docket upon motion of a party if circumstances change so that this action may proceed to final disposition.

(4)   This order shall not prejudice the rights of the parties to this litigation.

(5)   Plaintiff SHALL notify the Court by **April 13, 2009** and every 3 months thereafter of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record
Magistrate Judge Patrick A. White