UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22565-CIV-MORENO

RONALD A. WILLIAMS,

    Plaintiff,

vs.

DET. DANIEL SANTANA, *et al.*,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Defendants' Motion for Summary Judgment **(D.E. No. 151)**, filed on **May 4, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 165)** on **December 15, 2010**. To this date no objections to the Report and Recommendation have been filed. The Court having reviewed the entire file and record and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 165)** on **December 15, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Defendants' Motion for Summary Judgment **(D.E. No. 151)**, filed on **May 4, 2010**, is GRANTED. Further, the Clerk of Court shall close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record